812 A.2d 1225

COMMONWEALTH of Pennsylvania, Respondent,

v.

Jerome PASSARELLI, Petitioner.

Supreme Court of Pennsylvania.

Dec. 24, 2002.

## ORDER

PER CURIAM.

AND NOW, this 24th day of December, 2002, the Petition for Allowance of Appeal is granted, limited to he following issue:

Whether evidence of the previous physical abuse of a child is admissible against a defendant when there is no proof linking the defendant to the prior act.